**Opinion issued December 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-09-01125-CR

———————————

**ANDRES GILBERTO FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCR-051481**

## MEMORANDUM OPINION

Appellant, Andres Gilberto Flores, has filed a "Withdrawal of Notice of Appeal and Voluntary Dismissal of Appeal," in which he "requests that his appeal be dismissed." The Court construes this filing as a motion to dismiss the appeal.

The motion is signed by appellant and his attorney.  *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.   TEX. R. APP. P. 47.2(b).

2